```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3/1/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGE ENNENGA,

                Plaintiff,

                v.

BYRON E. STARNS, CONSTANCE STARNS,

                Defendants.

No.  21-CV-397 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On February 5, 2021, Defendants Byron E. Starns and Constance Starns filed a motion to dismiss Plaintiff's complaint under Federal Rule of Civil Procedure 12(b)(6).  Pursuant to the Court's order of January 21, 2021, Plaintiff's response to Defendant's motion was due by February 26, 2021.  The Court has not received a response.  No later than March 15, 2021, Plaintiff shall file either a response to Defendant's motion or a letter indicating that he does not intend to file a response.  If Plaintiff chooses not to submit a response to the motion to dismiss, the Court will deem the motion fully briefed and take it under submission.   If, however, Plaintiff does not respond to this Order, either by responding to the motion to dismiss or submitting a letter indicating that he does not intend to do so, the Court may dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

Defendants shall promptly serve this Order on Plaintiff and file proof of such service on the docket.

SO ORDERED.

Dated:    March 1, 2021
            New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge