USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3/16/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGE ENNENGA,

                Plaintiff,

v.

BYRON E. STARNS, CONSTANCE STARNS,

                Defendants.

No.   21-CV-397 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On February 5, 2021, Defendants Byron E. Starns and Constance Starns filed a motion to dismiss Plaintiff's complaint under Federal Rule of Civil Procedure 12(b)(6).  Pursuant to the Court's order of January 21, 2021, Plaintiff's response to Defendants' motion was due by February 26, 2021.  Having not heard from Plaintiff by March 1, 2021, the Court ordered Plaintiff to file a letter to the Court by March 15, 2021.  On March 12, 2021, Defendants wrote to the Court indicating that they have been unable to reach Plaintiff despite serving him by mail and FedEx and attempting to serve him at his residence.  Plaintiff has not responded to any of the Court's orders.

      No later than March 30, 2021, Plaintiff shall file either a response to Defendants' motion or a letter indicating that he does not intend to file a response.  **If Plaintiff does not respond to this Order, the Court will dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).**

      Defendants shall serve this Order on Plaintiff by March 18, 2021 and file proof of such service on the docket.

SO ORDERED.

Dated:   March 16, 2021
          New York, New York

                                            Ronnie Abrams
                                            United States District Judge